E IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHAZ WHITE | Magistrate No. 26-1463 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Nathan J. Laero, being first duly sworn, deposes and states that he is a Task Force Officer of the Drug Enforcement Administration (DEA), and charges as follows:

## I. PURPOSE OF THIS AFFIDAVIT AND BACKGROUND OF TASK FORCE OFFICER LAERO

1. This Affidavit is made for the limited purpose of establishing probable cause in support of a Criminal Complaint that on or about September 2, 2026, in the Western District of Pennsylvania, Chaz WHITE ("**WHITE**"), the defendant, did violate laws of the United States. Specifically, **WHITE**, a convicted felon, possessed a firearm in violation of Title 18, United States Code Section 922(g)(1).

2. I am a Detective with the Penn Hills Police Department and am a law enforcement officer within the meaning of 5702 of the Pennsylvania Crimes Code and as such, empowered to make arrests for criminal offences enumerated within. I am also assigned to full time and deputized as part of a federal task force to the Drug Enforcement Administration (DEA) as defined PA title 42, 8953 (a)(3)(iii). I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to

conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3. I have been a Task Force Officer with the Drug Enforcement Administration since December of 2019 and am currently assigned to the DEA Pittsburgh District Office, Pittsburgh, Pennsylvania.

4. I have been a police officer since July of 2003, and participating in drug investigations through federal, state, and local drug task forces since March of 2004. On June 6, 2011, I was hired by the Penn Hills Police Department and was promoted to a Detective Narcotics Specialist on January 1, 2013.

5. In December of 2018, I was assigned full time to the Pennsylvania Office of the Attorney General as a LOFT officer, serving in this role until December of 2019, when I became a Task Force Officer with the Drug Enforcement Administration.

6. As a DEA Task Force Officer, I investigate criminal violations of the Federal and State controlled substance laws including, but not limited to, conspiracy and attempt to possess with intent to distribute and to distribute controlled substances, in violation of Title 21, United States Code, Section 846; possession with intent to distribute and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); and use of communication facilities to facilitate drug trafficking offenses, in violation of Title 21, United States Code, Section 843(b). I also am empowered to investigate and make arrests for violations of Pennsylvania Title 18, crimes code; Title 35, controlled substance laws; and Title 75, vehicle code.

7. I have been personally involved in over 500 narcotics investigations, and as such I am familiar with the various methods used by narcotics traffickers to transport, store and distribute narcotics and narcotics proceeds. I have experience with a wide range of investigative techniques, including various types of visual and electronic surveillance, the interception of wire communications, and the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, controlled deliveries, use of search and arrest warrants, management and use of informants, pen registers, the laundering and concealing of proceeds from drug trafficking, and the street gangs who participate in these illegal activities.

## II. PROBABLE CAUSE

8. On Wednesday, September 2, 2026, a federal search warrant was executed on the residence of Chaz **WHITE** located at 2440 Dewey Street, Homestead, PA 15120.

9. Upon enter into the residence, investigators located **WHITE** in the primary bedroom along with his paramour. Two children were also located inside of the residence.

10. During the search of the primary bedroom investigators recovered a bag inside of the closet that contained approximately 10 bricks of fentanyl, a quantity of empty unused stamp bags, black rubber bands commonly used to hold stamp bags together, cut straws used to load empty stamp bags, and scissors.

11. Investigators also located a dresser inside of the primary bedroom that consisted of several drawers. In the top-right dresser drawer a Springfield Armory model XD bearing serial number US257462 was recovered.

12. In the middle-left dresser drawer, a Para Ordnance Model 16.40 LDA, .40 caliber handgun bearing serial number P127363, along with **WHITE's** ID card, was recovered.

13. A check through the Pennsylvania State Police Criminal History Repository found that Chaz **WHITE** has been convicted of the following felony offenses:

a. Murder of the Third Degree, on or about November 18, 2015, at Count One of case number CP-02-CR-05303-2015, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania; and

b. Firearms not to be Carried Without a License, on or about November 18, 2015, at Count Two of case number CP-02-CR-05303-2015, in the Court of Common Pleas, County of Allegheny, Commonwealth of Pennsylvania; and

14. Your affiant believes that **WHITE** was aware that Murder of the Third-Degree conviction was a felony offense punishable by more than one year of incarceration because **WHITE** received a sentence of 5 to 10 years of incarceration for that conviction and therefore was aware that the maximum possible penalty for the offense was greater than one year of incarceration

16. I am also aware based upon my training and experience that both Springfield and Para Ordnance firearms are manufactured outside of Pennsylvania and therefore, the recovered Springfield Armory model XD bearing serial number US257462 and the Para Ordnance Model 16.40 LDA, .40 caliber handgun bearing serial number P127363, must have traveled via interstate or foreign commerce to arrive at the location where the firearm was recovered.

17. WHEREFORE, I respectfully request that **WHITE**, be charged with violations of 18 U.S.C § 922(g)(1), possession of a firearm by a convicted felon, on or about September 2, 2026, in the Western District of Pennsylvania relative to the Springfield Armory model XD bearing serial

number US257462 and the Para Ordnance Model 16.40 LDA, .40 caliber handgun bearing serial number P127363, recovered from 2440 Dewey Street, Homestead, PA 15120.

18. The above information is true and correct to the best of my knowledge, information, and belief.

/s/ Nathan J. Laero
NATHAN J. LAERO
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed before me,
by telephone pursuant to
Fed. R. Crim. P. 4.1(b)(2)(A),
this 2nd day of September 2026.

HONORABLE CHRISTOPHER B. BROWN
United States Magistrate Judge
Western District of Pennsylvania